UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

CARY WEISS

        Plaintiff,

    v.                                      Case No: 13-C-0584

AER SERVICES, INC.

        Defendant.

---

## STIPULATION FOR DISMISSAL

---

        IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff Cary Weiss, by his attorneys, Heins & Minko LLC, and Defendant AER Services, Inc., by its attorneys, Neaton & Puklich, PLLP, that this action, and all claims herein, including claims dismissed on summary judgment, is hereby dismissed pursuant to FED. R. CIV. P. 41(a)(1) with prejudice and without attorneys' fees or costs to either party.

        Dated this 3rd day of September, 2014.

| | |
|---|---|
| HEINS & MINKO LLC | NEATON & PUKLICH, PLLP |
| Counsel for Plaintiff | Counsel for Defendant |
| | |
| *s/ Janet L. Heins* | *s/ Michael L. Puklich* |
| Janet L. Heins, WI Bar No. 1000677 | Michael L. Puklich, Bar No. 250661 |
| 1001 West Glen Oaks Lane, Suite 101 | 7975 Stone Creek Drive, Suite 120 |
| Mequon, WI 53092 | Chanhassen, MN 55317 |
| Telephone: (262) 241-8444 | Telephone: (952) 258-8444 |
| Fax: (262) 241-8455 | Fax: (952) 258-9988 |
| Email: jheins@heinslawoffice.com | Email: mic@neatonpuklich.com |